GARY D. SAENZ City Attorney
State Bar No. 79539
NICOLE R. ROGGEVEEN, Deputy City Attorney
State Bar No. 252587
CITY ATTORNEY'S OFFICE
290 North "D" Street, 3rd Fl.
San Bernardino, CA 92401
(909) 384-5355; Fax: (909) 384-5238
Email: roggeveen_ni@sbcity.org

Attorneys for Defendants City of San Bernardino; Dominick Martinez

***No Filing Fee Per Government Code § 6103***

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

Joe Ortiz, Sr., Joe Andrew Ortiz, individually and as successors in interest to Joe Ortiz, Jr.; S.M.O. and C.D.O., minors by and through their guardian ad litem, Lucy Coral, individually and as successors in interest to Joe Ortiz, Jr.; Nancy Ortiz, individually and as a successor in interest to Joe Ortiz, Jr.; I.H., J.O., J.P.O., and N.O., minors, by and through their guardian ad litem, Nancy Ortiz, individually and as successor in interest to Joe Ortiz, Jr.; the Estate of Joe Ortiz, Jr., by and through his successors in interest,

Plaintiffs,

vs.

City of San Bernardino, Dominick Martinez, and Does 1 through 10, inclusive,

Defendants.

Case No.: 5:16-cv-02291 JGB (KKx)

**NOTICE OF SETTLEMENT AND JOINT STIPULATION REGARDING DISMISSAL WITH PREJUDICE OF DEFENDANTS**

///

Plaintiffs and Defendants, by and through their respective attorneys of record, hereby stipulate as follows:

1. The parties have reached settlement on all issues raised in this matter. The parties have fully performed their obligations under their settlement agreement.
2. Dismissal of this case with prejudice is appropriate pursuant to Federal Rule of Civil Procedure 41(a).

**IT IS SO STIPULATED.**

Dated: June 19, 2018, 2018

CASILLAS & ASSOCIATES

By: ______________________
Arnoldo Casillas
Attorneys for Plaintiffs

Dated: April 19, ______, 2018

GARY D. SAENZ, City Attorney

By: ______________________
Nicole R. Roggeveen
Deputy City Attorney
Attorneys for Defendants City of San Bernardino; Dominick Martinez